IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>v.<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>Defendant. | CV-23-26-BU-BMM<br><br>**ORDER** |

Defendant has moved for an order allowing Andrew M. Bronson, Esq., and Jonathan W. Rauchway, Esq. to appear *pro hac vice* in this case with Ian McIntosh, Esq., designated as local counsel. (Docs. 4 and 5.) The applications of Ms. Bronson and Mr. Rauchway appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant's motions to allow Ms. Bronson and Mr. Rauchway to appear on its behalf (Docs. 4 and 5) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Bronson and Mr. Rauchway must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Ms. Bronson and Mr. Rauchway, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 26th day of June, 2023.

_____

Brian Morris, Chief District Judge
United States District Court