John Meyer
COTTONWOOD
ENVIRONMENTAL LAW
CENTER
P.O. Box 412
Bozeman, MT 59771
Telephone: (406) 546-0149
john@cottonwoodlaw.org

*Attorney for Plaintiff*

Ian McIntosh
CROWLEY FLECK PLLP
1915 South 19th Avenue
Bozeman, MT 59718
Telephone: (406) 556-1430
imcintosh@crowleyfleck.com

Jonathan W. Rauchway
(*pro hac vice*)
Michael M. Golz
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
jon.rauchway@davisgraham.com
michael.golz@davisgraham.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, <br><br>     *Plaintiff*, <br><br> v. <br><br> YELLOWSTONE MOUNTAIN CLUB, LLC, <br><br>     *Defendant*. | 2:23-cv-00026-BMM <br><br> **[PROPOSED] FINAL PRETRIAL ORDER** |

Pursuant to Fed. R. Civ. P. 16 and L.R. 16.4, the parties submit this proposed Final Pretrial Order to govern trial in this matter.

## I.    Nature of Action

This is a civil action between Plaintiff Cottonwood Environmental Law Center ("Cottonwood") and Defendant Yellowstone Mountain Club, LLC ("YC"). YC uses reclaimed water to irrigate a golf course (the "Golf Course") and a nearby reforestation area known as "Crushmore." Cottonwood claims YC violated Section 301 of the Clean Water Act ("CWA"), 33 U.S.C. § 1311, by directly discharging pollutants from its irrigation sprinklers to navigable waters without a National Pollutant Discharge Elimination System ("NPDES") permit.

YC denies these claims and asserts that it did not/does not discharge pollutants to a navigable water. In addition, YC asserts that any alleged discharge from Crushmore is exempt from CWA permitting requirements because such discharge would be a discharge from runoff resulting from a reforestation project conducted in accordance with standard industry practice.    33 U.S.C. § 1342(l)(3)(A).

## II.    Jurisdiction and Venue

The Court has federal question jurisdiction over Cottonwood's CWA claims. 28 U.S.C. § 1331; 33 U.S.C. § 1365.  Personal jurisdiction is not questioned.  YC has not challenged Cottonwood's standing.  The parties agree that venue is proper in this Court because the Golf Course and Crushmore are located in Gallatin County and Madison County, Montana.  33 U.S.C. § 1365(c); 28 U.S.C. § 1391(b); D. Mont. L.R. 1.2(c)(2), 3.2(b).

## III.    Jury

The issue of YC's liability under the CWA is set for a trial before a jury commencing on February 3, 2026.  YC has demanded trial by jury of this issue, and all other issues so triable.  Cottonwood does not contest trial of this issue by the jury.

## IV.    Agreed Facts

The parties have agreed the following facts will require no proof at trial:

1.    Cottonwood initiated this case on April 26, 2023, by filing a complaint against YC.

2.    Cottonwood is a non-profit corporation organized under Montana law.

3.    The Yellowstone Club is a private residential community located near Big Sky, Montana.

4.    YC owns property on which community amenities are located, including an 18-hole golf course.

5.    YC irrigates the 18-hole golf course and nearby areas with treated sewage.  The irrigated areas include golf course fairways and greens, and forested and vegetated areas adjacent to the golf course (the "Golf

Course"), and a 36-acre reforestation area south of the Golf Course known as "Crushmore."

6. YC does not hold a Clean Water Act permit to irrigate its golf course or the Crushmore area.

7. The treated sewage that YC uses for irrigation comes primarily from Big Sky County Water & Sewer District No. 363 (the "District"). A portion of the treated sewage used for irrigation also comes from the Yellowstone Club's wastewater treatment plant.

8. The South Fork of the West Fork Gallatin River (the "South Fork") is located to the north of the Golf Course and Crushmore.

9. Second Yellow Mule Creek is located to the east of the Golf Course and Crushmore.

10. YC is a "person" within the meaning of the Clean Water Act, 33 U.S.C. § 1362(5).

11. The irrigation sprinklers on the golf course and Crushmore area are "point sources" within the meaning of the Clean Water Act, 33 U.S.C. § 1362 (14).

12. The South Fork and Second Yellow Mule Creek are navigable waters within the meaning of the Clean Water Act, 33 U.S.C. § 1362(7).

## V.    Elements of Liability

Cottonwood asserts claims under the CWA, 33 U.S.C. § 1365(a)(1), for YC's alleged violations of 33 U.S.C. § 1311(a). *See* 33 U.S.C. § 1365(a)(1), (f). To establish a violation of § 1311(a), Cottonwood must prove that YC, without a permit, "(1) discharged, i.e. added (2) a pollutant (3) to navigable waters (4) from (5) a point source." *Pac. Coast Fed'n of Fishermen's Ass'ns v. Glaser*, 945 F.3d 106, 1083 (9th Cir. 2019) (quoting *Comm. To Same Mokelumne River v. E. Bay Mun. Util. Dist.*, 13 F.3d 305, 308 (9th Cir. 1993)); *see also Cnty. of Maui*, 590 U.S.

165, 169 (2020) ("The Clean Water Act forbids the 'addition' of any pollutant from a 'point source' to 'navigable waters' without the appropriate permit."). In addition, Cottonwood must also prove that the asserted violations are ongoing. *Cmty. Ass'n for Restoration of the Env't v. Henry Bosma Dairy*, 305 F.3d 943, 953 (9th Cir. 2002) ("To prevail at trial, a citizen-plaintiff must prove an ongoing violation." (citing *Gwaltney of Smithfield, Ltd. v. Chesapeake Bay Found. Inc.*, 484 U.S. 49, 64 (1987)). "[A] citizen plaintiff may prove ongoing violations either (1) by proving violations that continue on or after the date the complaint is filed, or (2) by adducing evidence from which a reasonable trier of fact could find a continuing likelihood of a recurrence in intermittent or sporadic violations." *Sierra Club v. Union Oil Co.,* 853 F.2d 667, 671 (9th Cir. 1988) (internal citations and quotations omitted).

Cottonwood abandoned, and the Court granted summary judgment to YC on, all of Cottonwood's indirect discharge claims. (Doc. 140 at 3.) Accordingly, Cottonwood's remaining claims are for direct discharges only.

## VI.    Defense Elements

YC denies that it directly discharges to navigable waters. YC also asserts that any discharge from irrigation runoff on Crushmore is exempt from Clean Water Act permitting requirements because that irrigation is part of a reforestation project that YC is conducting in accordance with standard industry practice. The Court has ruled

that Crushmore is a reforestation project and that Cottonwood's claim concerns discharge from irrigation runoff. (Doc. 140 at 10.) To prevail on this affirmative defense at trial, YC must establish that the Crushmore reforestation project is being "conducted in accordance with standard industry practice." 33 U.S.C. § 1342(l)(3)(A).

In addition, Cottonwood's claim is barred by the statute of limitations to the extent it alleges violations that occurred before February 25, 2018. 28 U.S.C. § 2462; *Sierra Club v. Chevron U.S.A., Inc.*, 834 F.2d 1517, 1522–23 (9th Cir. 1987).

## VII.  Relief Sought

### **Cottonwood's Request for Relief**

Plaintiff respectfully requests that this Court grant the following relief:

A. Declare, hold, and adjudge that Defendants have violated Section 301 of the Clean Water Act by discharging pollutants to navigable waters without a NPDES permit.

B. Enjoin Defendants from further discharging pollutants to the South Fork/West Fork, Second Yellow Mule Creek, and any other waters of the United States except as expressly authorized by the CWA and the limitations and conditions of an applicable NPDES Permit.

C. Enjoin construction activities, including but not limited to new sewer connections in the Yellowstone Club until an adequate waste water disposal plan is in place.

D. Order Defendant to take actions to remediate environmental harm caused by their unlawful actions.

E. Require Defendant to pay civil penalties for violations of the Clean Water Act and nuisance laws.

F. Award Plaintiff its reasonable litigation costs and expenses, including attorney and expert fees, incurred in bringing this action.

G. Award such other relief as the Court may deem just and proper.

## YC's Request for Relief

YC seeks a judgment in its favor that dismisses with prejudice the remaining claims against YC in Cottonwood's First Amended Complaint for Declaratory and Injunctive Relief.  YC also seeks an award of litigation costs (including reasonable attorney and expert witness fees) pursuant to 33 U.S.C. § 1365(d) or 28 U.S.C. § 1919.

## VIII.  Legal Issues

## Cottonwood's Legal Issues

The Court must decide three legal issues.

First, the Court must decide whether tributaries located on or near the YC golf course constitute navigable waters. Doc. 140 at 8-9. Cottonwood asks the Court to decide this legal issue in an amended summary judgment order.

The CWA defines "navigable waters" to encompass "waters of the United

States." *Rapanos v. U.S.,* 547 U.S. 715, 723 (2006) (quoting 33 U.S.C. § 1362(7)). "The term 'waters of the United States' has a very broad meaning under the [CWA]." *United States v. TGR Corp.*, 171 F.3d 762, 764 (2d Cir. 1999). "A stream which contributes its flow to a larger stream or other body of water is a tributary." *Headwaters, Inc. v. Talent Irrigation Dist.*, 243 F.3d 526, 533 (9th Cir. 2001) (citation omitted). Tributaries are waters of the United States. *Id.* (collecting cases).

"[T]o establish [a] violation of Clean Water Act it is enough to show that defendant discharged pollutants into [a] tributary that is water of United States; there is no threshold requirement to prove that, in fact, the pollutant reached and polluted the navigable river". *Headwaters*, 243 F.3d at 534 (citation omitted). "Even tributaries that flow intermittently are 'waters of the United States.'" *Id.* at 534 (citation omitted). Courts have repeatedly held that "a tributary of waters of the United States is itself a water of the United States." *U.S. v. Moses*, 496 F.3d 984, 988 n. 8 (9th Cir. 2007), cert. denied, 554 U.S. 918, 128 S. Ct. 2963, 171 L. Ed. 2d 886 (2008); *N. Cal. River Watch v. City of Healdsburg*, 496 F.3d 993, 997 (9th Cir. 2007), cert. denied, 552 U.S. 1180 (2008) (citing *United States v. Riverside Bayview Homes, Inc.*, 474 U.S. 121 (1985)).

Second, the Court must decide whether Yellowstone Club can offer 2025 data into evidence that it did not provide Cottonwood before the close of discovery. Yellowstone Club seeks to admit 2025 monitoring data that it did not produce until December 15, 2025. The parties' experts did not address the 2025 data in their

reports. Cottonwood has not had a chance to depose YC on the belated disclosure.

The unlawful disclosure is also prejudicial because it does not contain the complete data set. The delayed discovery only addresses the concentrations of one pollutant contained in the effluent (E. coli/fecal coliform), even though Yellowstone Club was required to collect data on several other pollutants as a requirement of its golf course monitoring plan. Cottonwood is also prejudiced by YC's failure to produce the sampling data for the golf course streams, which was also required to be collected as part of the golf course monitoring plan. It is impossible to show a direct discharge violation under the Clean Water Act without this data. Cottonwood objects to Yellowstone Club offering an incomplete data set that is not addressed in expert reports and was produced after the close of discovery.

The Court must also decide whether Yellowstone Club can offer evidence it secured by filing subpoenas to third parties after the close of discovery. YC provided the information it obtained after the close of discovery to Cottonwood on Dec. 15, 2025. The Court should prohibit Yellowstone Club from presenting any of this evidence to the jury.

Third, the Court must decide the temporal scope of liability for the alleged violations. Given the unlawful and inadequate disclosure addressed above, the Court should limit the time frame for liability from five years before this lawsuit was filed until irrigation ended in 2024.

## YC's Legal Issues

YC objects to Cottonwood's listing of Yvon Chouinard and Nathan Gracey as witnesses. Cottonwood did not disclose these witnesses as persons with knowledge as required by Federal Rule of Civil Procedure 26(a)(1). Mr. Chouinard's testimony is also irrelevant to Cottonwood's remaining claims, and would only prejudice YC, confuse the jury, and waste time. In addition, YC is concerned about the time that Cottonwood's case presentation will take. The parties have agreed that trial will take four days, yet Cottonwood has listed eleven witnesses—including six experts with overlapping opinions. Regardless of how Cottonwood manages its case in chief, YC requests that the parties be given equal time to present their respective cases.

YC also objects to certain exhibits and demonstratives that Cottonwood has listed, as indicated in the attached Exhibit List.

## IX.   Dismissals

Cottonwood is dismissing its claim regarding discharge from the Hole 6/Hole 12 water hazard.

YC agrees to Cottonwood's dismissal of its claim regarding the Hole 6/Hole 12 water hazard, and the claim therefore must be dismissed with prejudice. Fed. R. Civ. P. 41(a). YC does not request or propose any other dismissals of parties, claims, or defenses at this time.

## X.   Discovery Documents

Neither Cottonwood nor YC will offer any specific answer to interrogatories or responses to requests for admission as exhibits.

## XI.   Estimate of Trial Time

By order of the Court, the trial will commence on February 3, 2026.

Cottonwood will call eleven witnesses.

YC will call one hybrid witness and three expert witnesses.

The parties estimate that trial will take four days.

## XII.   Supersession

This Order supersedes the pleadings in this matter.


DATED _____.


_____
Brian M. Morris, Chief District
Judge United States District Court

Approved as to form and content:

/s/
John Meyer
COTTONWOOD
ENVIRONMENTAL LAW
CENTER

*Attorney for Plaintiff*

/s/
Ian McIntosh
CROWLEY FLECK, PLLP

/s/
Jonathan W. Rauchway
DAVIS GRAHAM & STUBBS LLP

*Attorneys for Defendant*

# WITNESS LIST

**CASE NAME:** *Cottonwood Environmental Law Center v. Yellowstone Mountain Club*

**CASE NO.:** 2:23-cv-00026-BMM

**PLAINTIFFS' WITNESS LIST**

| Name | City & State | Manner of Presentation | Expert? | Depo. Excerpt/ Summary | YC's Objections |
|---|---|---|---|---|---|
| Barry Dutton | Missoula, Montana | In Person | Yes. 2024/25 | | None |
| Cam Stringer | Missoula, Montana | In Person | Yes | | Object to Cottonwood calling during its case in chief. YC will call during its case |
| Nathan Gracey | Bozeman, MT | In Person | No | | FRCP 37(c) |
| Tyler Milne | Big Sky, MT | In Person | No | | None |
| Matthew Waite | Helena, MT | In Person | No | | None |
| Dr. Timothy Covino | Bozeman Montana | In Person | Yes | | None other than those raised in Docs. 123, 124, 134. |
| Dr. Shannon Roback | New York | In Person | Yes | | None |
| Fred Offenkrantz | Helena Montana | In Person | Yes | | None other than those raised in |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Docs. 123, 124, 134. |
| Dr. Pat Glibert | Maryland | In Person | Yes | | None other than those raised in Docs. 121, 122, 133. |
| Trevor Osorno | Missouri | In Person | Yes | | None |
| Yvon Chouinard (May Call) | California | In Person | No | | FRE 402, 403; FRCP 37(c) |
| Any witness identified by Boyne. | | | | | Boyne is not a party in this litigation |

**Trial Exhibit List**

**Case Name:** Cottonwood Environmental Law Center vs. Yellowstone Mountain Club
**Case No.:** 2:23-cv-00026-BMM

**PLAINTIFFS' EXHIBITS**

| EX No. | DATE | DOCUMENT DESCRIPTION | DOC ID | Objection | STIP AUTH | STIP ADMIS | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 001 | 3/29/2001 | 2001 YC Storage and Disposal of Wastewater Agreement | YC_007261 | None | | | | |
| 002 | 11/21/2017 | 2017 YC Irrigation and Storage Agreement | YC_007339 | None | | | | |
| 003 | 11/16/2022 | 2022 Consent Order Settlement | 2:21-cv-00093-BMM (Doc. 68) | Relevance/FRE 403 | | | | |
| 004 | 1/21/2003 | 2003 Preliminary NMP | YC_000030 | Best Evidence/FRE 1002. No objection to complete clean unhighlighted document | | | | |
| 005 | | Irrigation Standards of Wastewater | YC_009390 2:23-cv-00026-BMM (Doc 87-4) | Best Evidence/FRE 1002; Incomplete/FRE 106. No objection to complete clean unhighlighted document | | | | |
| 006 | 6/28/02 | Golf Course Spray Irrigation Monitoring Plan | YC_005929 | Best Evidence/FRE 1002. No objection to complete clean unhighlighted document | | | | |
| 007 | 12/21/18 | 2018 Circular DEQ-2 Irrigation Standards | 2:23-cv-00026-BMM (Doc 127-1) | Best Evidence/FRE 1002; Incomplete/FRE 106. No objection to complete clean unhighlighted document | | | | |
| 008 | | Crushmore Aerial Photo | 2:23-cv-00026-BMM (Doc 35-1) | None | | | | |
| 009 | 4/24/2020 | Wastewater Irrigation Memorandum | YC_000128 2:23-cv-00026-BMM (Doc 80-14) | Best Evidence/FRE 1002. No objection to complete clean unhighlighted document | | | | |
| 010 | | EA Extracted Pages | 2:23-cv-00026-BMM (Doc 35-4) | Relevance/FRE 402; Best Evidence/FRE 1002; Incomplete/FRE 106. | | | | |

| 011 | 8/27/2024 | Waite Email Chains Depo | 2:23-CV-00026-BMM (ex. 011) | Hearsay/FRE 802 and 805 | | | | |
|---|---|---|---|---|---|---|---|---|
| 012 | | YC Crushmore Sprinkler | 2:23-CV-00026-BMM (ex. 012) | None | | | | |
| 013 | 6/22/2016 | Reclamation Plan | YC_014843 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106. | | | | |
| 014 | 5/23/2001 | Golf Course Diagram | YC_001919 | None | | | | |
| 015 | | Golf Course Sprinkler Schematic | YC_000063 | None | | | | |
| 016 | 8/27/2024 | Waite Email To Chandler -DEQ Recommends a Study | YC_010791 | Duplicative of Ex. 11; Hearsay/FRE 802 and 805; Best Evidence/FRE 1002. | | | | |
| 017 | | Crushmore Photos Trees to be Planted | YC_015723 2:23-cv-00026-BMM (Doc 120-1) | None | | | | |
| 018 | 6/22/2016 | Reclamation Plan Memo | YC_014843 | Duplicate of Ex. 13. Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106 | | | | |
| 019 | 9/30/10 | TMDL West Fork | MO5-TMDL-01a-F | Relevance/FRE 402; Hearsay/FRE 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37; Best Evidence/FRE 1002 | | | | |
| 020 | 8/26/2019 | Deviation Request DEQ Buecker | | None | | | | |
| 021 | 10/17/2020 | Allen and Howell Nutrient Plan | 2:20-cv-00028-BMM (Doc 48-9) | Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | |
| 022 | | Hole 6 Fill Operating Procedures | YC_002222 | None | | | | |
| 023 | 6/26/2010 | Army Corps Hole 6 Maintenance Letter | YC_006166 2:23-cv-00026-BMM (Doc 120-1) | None | | | | |

2

| 024 | | Crushmore Photo Aerial | YC_022348<br><br>2:23-cv-00026-BMM (Doc 120-1) | None | | | | |
|-----|---|---|---|---|---|---|---|---|
| 025 | 8/12/2024 | Milne Transcript of Deposition | | Hearsay/Rule 802; FRCP 32 | | | | |
| 026 | 9/29/2023 | Tyler Milne Texts | | Hearsay/Rule 802 | | | | |
| 027 | 10/25/2023 | Milne Email | | Hearsay/Rule 802 and 805 | | | | |
| 028 | Spring 2024 | Mountain Gazette Yellowstone Club Article | | Hearsay/Rule 802; Prejudice/Rule 403 | | | | |
| 029 | 8/23/2023 | DEQ Info Request | YC_001089 | Best Evidence/FRE 1002; Incomplete/FRE 106. No objection to complete clean unhighlighted document | | | | |
| 030 | 4/28/2021 | 303(d) Impaired Waters | 2:23-cv-00026-BMM (Doc 30-3) | None | | | | |
| 031 | 8/16/23 | Lab Results Energy Lab | YC_000999<br><br>2:23-cv-00026-BMM (Doc 87-7) | None | | | | |
| 032 | 2024 | 2024 Analytical Sampling Results | | Best Evidence/FRE 1002; Unreadable/FRE 403; No objection to native file produced during discovery | | | | |
| 033 | 2018-2023 | 2018-2023 Analytical Sampling Results | | Best Evidence/FRE 1002; Unreadable/FRE 403; No objection to native file produced during discovery | | | | |
| 034 | 11/14/2023 | Vidyarathna Stable Isotope Report 2023 | | Best Evidence/FRE 1002; Unreadable/FRE 403; No objection to native file produced during discovery | | | | |
| 035 | 9/20/2024 | Vidyarathna Stable Isotope Report 2024 | | Best Evidence/FRE 1002; Unreadable/FRE 403; No objection to native file produced during discovery | | | | |

| 036 | | Table 3 from Stringer YC Report | | Foundation/FRE 602; Best Evidence/FRE 1002; Unreadable/FRE 403; No objection to Table 3 as contained in Stringer (2024). | | | | |
|-----|------|---------------------------------------------------|--|-----------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
| 037 | 2024 | YC Horn Point Laboratory Analytical Results 2024 | | None | | | | |
| 038 | 2025 | YC Horn Point Laboratory Analytical Results 2025 | | None | | | | |

DEMONSTRATIVES

| | Document Description | Doc ID | Objections | Admitted |
|---|---|---|---|---|
| 1 | Crushmore Photo – Trees to be Planted | YC_015723<br><br>2:23-cv-00026-BMM (Doc120-1) | No objection as demonstrative | |
| 2 | Waite Deposition Video | | Not a demonstrative/ FRE 107; Hearsay/FRE 802; FRCP 32 | |
| 3 | Waite Deposition Demonstrative | | Hearsay/FRE 802; Incomplete/FRE 106 FRCP 32 | |
| 4 | Stefan Short Film of River | | Not a demonstrative/ FRE 107;  Hearsay/FRE 802 (testimony by counsel); Prejudice/FRE 403. | |
| 5 | Rich Chandler Email Numbers are garbage | YC_014536 | Not a demonstrative/ FRE 107; Best Evidence/FRE 1002; Hearsay/FRE 802 and 805 | |
| 6 | Rich Chandler Email Not Meeting Standards | YC_014632 | Not a demonstrative/ FRE 107; Best Evidence/FRE 1002; Hearsay/FRE 802 and 805 | |
| 7 | Armstrong Email Need it in Writing | YC_014641 | Not a demonstrative/ FRE 107; Best Evidence/FRE 1002; Hearsay/FRE 802 and 805 | |
| 8 | Mug Shot Meyer | | Not a demonstrative/ FRE 107; Relevance/FRE 402; Prejudice/FRE 403 | |
| 9 | Isaac Cheek Fishing | | No objection as demonstrative | |
| 10 | Mountain Gazette YC article | | Not a demonstrative/ FRE 107; Hearsay/FRE 802 and 805; Prejudice/Rule 403 | |

| 11 | Ducuennois Email Hard Stop | | Not a demonstrative/ FRE 107; Best Evidence/FRE 1002; Hearsay/FRE 802 and 805 | |
| 12 | Gracey Algae Video | | No objection as demonstrative | |
| 13 | Golf Course Stream Video | | No objection as demonstrative | |
| 14 | Gallatin Sheriff Police Cam Video | | Not a demonstrative/FRE 107; Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403 | |
| 15 | Eglise YC Golf Course Aerial Photo | | No objection as demonstrative | |
| 16 | DuCuennois Email re Disposal | | Not a demonstrative/FRE 107; Hearsay/FRE 802 | |
| 17 | Chandler Email TC is out the roof | | Not a demonstrative/FRE 107; Hearsay/FRE 802 | |
| 18 | Crushmore Photo Sprinklers | CELC_002975 | No objection as demonstrative | |
| 19 | Crushmore Photo towards GC | CELC_002919 | No objection as demonstrative | |
| 20 | Crushmore Photo Towards Parking | CELC_002917 | No objection as demonstrative | |
| 21 | Hole 6 12 Water fall Video | CELC_002821 | No objection as demonstrative | |
| 22 | Clubhouse Pond Algae Video | CELC_002819 | Not a demonstrative/FRE 107;  Hearsay/FRE 802 (testimony from counsel); Prejudice/FRE 403 | |
| 23 | Crushmore Video | CELC_001680 | No objection as demonstrative | |
| 24 | Creek Video | CELC_001672 | No objection as demonstrative | |
| 25 | Crushmore Drone Video | CELC_000882 | No objection as demonstrative | |
| 26 | Gracey Sampling Video | CELC_000813 | No objection as demonstrative | |

| 27 | Second Yellow Mule Algae Video | CELC_000810 | Not a demonstrative/FRE 107; Hearsay/FRE 802 (testimony from counsel); Prejudice/FRE 403 | |
| 28 | Clubhouse Pond Algae and Inflow Video | CELC_000737 | Not a demonstrative/ FRE 107; Hearsay/FRE 802 (testimony from counsel); Prejudice/FRE 403; Relevance/FRE 402 | |
| 29 | Gallatin Drone Video | CELC_000547 | No objection as demonstrative | |
| 30 | Crushmore Video from Below | CELC_000332 | No objection as demonstrative | |
| 31 | Algae in Creek Video | CELC_000297 | No objection as demonstrative | |
| 32 | Clubhouse Culvert | CELC_000071 | No objection as demonstrative | |
| 33 | Crushmore Overland Flow Car Video | CELC_000044 | Not a demonstrative/FRE 107; Hearsay/FRE 802 (testimony from unknown individual); Relevance/FRE 402; Prejudice/FRE 403 | |
| 34 | Crushmore Photo looking up | CELC_000030 | No objection as demonstrative | |
| 35 | Walking Below Highwater Video | | No objection as demonstrative | |
| 36 | Adopt a Highway Photo | | Not a demonstrative/FRE 107; Relevance/FRE 402; Prejudice/FRE 403. | |
| 37 | YC Crushmore Sprinkler Placement | | No objection as demonstrative | |
| 38 | PG Slide 1 conservative tracers | | No objection as demonstrative | |
| 39 | PG Slide 2 Chloride Conservative | | No objection as demonstrative | |

| 40 | PG Slide 3 Nitrogen non conservative | | No objection as demonstrative | |
| 41 | PG Slide 4 Nitrogen Algae Uptake | | No objection as demonstrative | |
| 42 | PG Slide 5 Nitrogen Cycle | | No objection as demonstrative | |
| 43 | PG Slide 6 Nitrogen Isotopes | | No objection as demonstrative | |
| 44 | PG Slide 7 Nitrogen Concentration DelN15 | | No objection as demonstrative | |
| 45 | PG Slide 8 MandMs 1 | | No objection as demonstrative | |
| 46 | PG Slide 9 MandMs 2 Handful | | No objection as demonstrative | |
| 47 | PG Slide 10 Nitrogen Weight Balance | | No objection as demonstrative | |
| 48 | PG Slide 11 DelN15 Enrichment | | No objection as demonstrative | |
| 49 | PG Slide 12 Nitrogen Sample Site Map | | No objection as demonstrative | |
| 50 | PG Slide 13 Nitrogen Concentrations Magnified | | No objection as demonstrative | |
| 51 | PG Slide 14 N Effluent Pond to River Diagram | | No objection as demonstrative | |
| 52 | PG Slide 15 DelN15 in Algae Magnified | | No objection as demonstrative | |
| 53 | PG Slide 16 delN15 Effluent Pond to River Diagram | | No objection as demonstrative | |

| 54 | PG Slide 17 Chloride Concentration Magnified | | No objection as demonstrative | |
|----|----|----|----|----|
| 55 | PG Slide 18 Cl Effluent Pond to River Diagram | | No objection as demonstrative | |
| 56 | PG Slide 19 Sampling Map EGCT | | No objection as demonstrative | |
| 57 | PG Slide 20 Nitrogen Concentration Aug 2024 | | No objection as demonstrative | |
| 58 | PG Slide 21 DelN15 in Algae Map | | No objection as demonstrative | |
| 59 | PG Slide 22 Chloride Concentration Aug 2024 | | No objection as demonstrative | |
| 60 | PG Slide 23 Chloride Concentration Aug 2024 Increase | | No objection as demonstrative | |
| 61 | PG Slide 24 SFWF Sampling Map | | No objection as demonstrative | |
| 62 | PG Slide 25 Nitrogen Concentration Along South Fork | | No objection as demonstrative | |
| 63 | PG Slide 26 DelN15 in Algae along South Fork | | No objection as demonstrative | |
| 64 | PG Slide 27 Chloride Along the South Fork | | No objection as demonstrative | |
| 65 | PG Slide 28 Chloride SF Increase | | No objection as demonstrative | |
| 66 | PG Slide 29 Conservative Mixing Plot | | No objection as demonstrative | |

| 67 | PG Slide 30 Proportion of Reclaimed Water May August Table | | No objection as demonstrative | |
| 68 | PG Slide 31 Sprinkler Locations | | Inaccurate demonstrative/FRE 107; Prejudice/FRE 403 | |
| 69 | PG Slide 32 E Coli Dates | | No objection as demonstrative | |
| 70 | PG Slide 33 E Coli Dates Magnified 1 | | No objection as demonstrative | |
| 71 | PG Slide 34 E Coli Dates Magnified 2 | | No objection as demonstrative | |
| 72 | PG Slide 35 Nitrogen in Aquatic Systems | | No objection as demonstrative | |
| 73 | Chouinard Declaration | | Not a demonstrative/ FRE 107;  Hearsay/FRE 802;  Foundation/FRE 602; Undisclosed expert opinion/FRCP 37(c). | |
| 74 | Waite Deposition Excerpt | | Not a demonstrative/FRE 107;  Hearsay/FRE 802; FRCP 32;  Not provided in exchange. | |
| 75 | Milne Email | | Not a demonstrative/FRE 107;  Hearsay/FRE 802 and 805;  Not provided in exchange | |

## YC'S EXHIBIT LIST

**Case Name:** *Cottonwood Environmental Law Center v. Yellowstone Mountain Club LLC*

**Case No.: 2:23-cv-00026-BU-BMM**

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|--------------------------|
| 501 | 09/17/2020 | Cottonwood first CWA notice letter | YC_003270-YC_003274 | None | | | | | | |
| 502 | 10/04/2022 | Cottonwood second CWA notice letter | YC_007739-YC_007752 | None | | | | | | |
| 503 | 08/03/2023 | Cottonwood complaint to DEQ | YC_010817 | Relevance/FRE 402; Hearsay/FRE 802 and 805; Best Evidence/FRE 1002 | | | | | | |
| 504 | 08/03/2023 | Cottonwood letter to DEQ re: Yellowstone Club investigation | YC_010806 | Relevance/FRE 402; Hearsay/FRE 802 and 805; Best Evidence/FRE 1002 | | | | | | |
| 505 | 08/07/2023 | DEQ complaint summary | YC_010816 | Relevance/FRE 402; Hearsay/FRE 802 and 805; Undisclosed and Unretained Expert Opinion/FRC | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | P 37; Best Evidence/FRE 1002 | | | | | | |
| 506 | 08/22/2024 | DEQ investigation closure letter | YC_010792-YC_010805 | Relevance/FRE 402; Hearsay/FRE 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37; Best Evidence/FRE 1002 | | | | | | |
| 507 | 08/2023 | EPA email re: Yellowstone Club lead | YC_022466-YC_022468 | Relevance/FRE 402; Hearsay/FRE 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37; Best Evidence/FRE 1002 | | | | | | |
| 508 | 04/2024 | EPA lead closing email | YC_022462-YC_022465 | Relevance/FRE 402; Hearsay/FRE 802 and 805; Undisclosed and Unretained Expert | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| | | | | Opinion/FRCP 37; Best Evidence/FRE 1002 | | | | | | |
| 509 | 06/2001 | 2001 Irrigation Design Report  (Nicklin Earth & Water, Inc.) | YC_000001-YC_000029 | None | | | | | | |
| 510 | 01/21/2003 | DEQ approval EQ #02-2223 | YC_000030-YC_000031 | None | | | | | | |
| 511 | 01/10/2023 | 2018 KC Harvey irrigation report | YC_001884-YC_001965 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 512 | 01/10/2023 | 2019 KC Harvey irrigation report | YC_001966-YC_002047 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 513 | 01/10/2023 | 2020 KC Harvey irrigation report | YC_002048-YC_002130 | Hearsay Foundation/Rule 602; | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|-------------------------|
| | | | | Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 514 | 09/06/2024 | 2021 KC Harvey irrigation report | YC_010820-YC_010905 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 515 | 09/05/2023 | 2022 KC Harvey irrigation report | YC_000477-YC_000562 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 516 | 02/21/2024 | 2023 KC Harvey irrigation report | YC_000798-YC_000883 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|--------------------------|
| | | | | and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 517 | 01/06/2025 | 2024 KC Harvey irrigation report | YC_014722-YC_014809 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 518 | 12/10/2025 | 2025 KC Harvey irrigation report | YC_023126-YC_023214 | Hearsay Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 519 | 04/24/2020 | Irrigation technical memorandum (Nickelson, Morrison Maierle) | YC_000128-YC_000141 | None | | | | | | |
| 520 | 08/28/2024 | Emails between YC and DEQ re: Crushmore irrigation | YC_010818-YC_010819 | Relevance/FRE 402; Hearsay/FRE 802 and 805; | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Undisclosed and Unretained Expert Opinion/FRCP 37; Best Evidence/FRE 1002 | | | | | | |
| 521 | 08/26/2019 | E. Coli deviation | YC_002851-YC_002852 | None | | | | | | |
| 522 | 05/2018 | Crushmore reclamation plan | YC_000243-YC_000253 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106 | | | | | | |
| 523 | 05/26/2010 | Army Corps letter re Hole 6 Pond outlet | YC_006166-YC_006167 | None | | | | | | |
| 524 | 06/28/2021 | Clubhouse Pond trout stocking invoice | YC_011099 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106 | | | | | | |
| 525 | 06/16/2023 | Email attaching Clubhouse Pond trout stocking invoice | YC_011100-YC_011102 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|-------------------------|
| | | | | Incomplete/FRE 106 | | | | | | |
| 526 | 05/31/2024 | Clubhouse Pond trout stocking invoice | YC_011096 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106 | | | | | | |
| 527 | 08/15/2025 | Golf course overview photo | YC_022397 | None | | | | | | |
| 528 | 10/06/2025 | Photo of water from Reclaimed Water Storage Pond | YC_023215 | None | | | | | | |
| 529 | Various | Crushmore NAIP time series photos | Doc. 120-1 at 179-182 | Prejudice/FRE 403 Incomplete/FRE 106 | | | | | | |
| 530 | 08/2025 | Crushmore reforestation photos | Doc. 120-1 at 185-204 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106/unlawfully delayed disclosure | | | | | | |
| 531 | 08/14/2025 | Shale photo | YC_022578 | Foundation/Rule 602; Hearsay/Rule 802 and 805; | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|-------------------------|
| 532 | 08/14/2025 | Shale photo | YC_022558 | Foundation/Rule 602; Hearsay/Rule 802 and 805 | | | | | | |
| 533 | 08/14/2025 | Shale photo | YC_022577 | Foundation/Rule 602; Hearsay/Rule 802 and 805 | | | | | | |
| 534 | 08/14/2025 | Shale photo | YC_022575 | Foundation/Rule 602; Hearsay/Rule 802 and 805 | | | | | | |
| 535 | 08/14/2025 | Shale photo | YC_022556 | Foundation/Rule 602; Hearsay/Rule 802 and 805 | | | | | | |
| 536 | 08/20/2024 | GCT confluence photo | YC_015651 | None | | | | | | |
| 537 | 08/20/2024 | GCT confluence photo | YC_015654 | None | | | | | | |
| 538 | 08/20/2024 | GCT confluence photo | YC_015657 | None | | | | | | |
| 539 | 08/12/2025 | South Fork photo | YC_022441 | None | | | | | | |
| 540 | 08/12/2025 | South Fork photo | YC_022438 | None | | | | | | |
| 541 | 08/12/2025 | South Fork photo | YC_022436 | None | | | | | | |
| 542 | 08/20/2024 | South Fork video | CELC_000753 | None | | | | | | |
| 543 | 08/20/2024 | South Fork video | CELC_000754 | None | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| 544 | n/a | Cottonwood excel spreadsheet of algae sample times | CELC_001298 | None | | | | | | |
| 545 | 08/11/2025 | Second Yellow Mule photo | YC_022424 | None | | | | | | |
| 546 | 08/11/2025 | Second Yellow Mule photo | YC_022427 | None | | | | | | |
| 547 | 08/11/2025 | Second Yellow Mule photo | YC_022428 | None | | | | | | |
| 548 | 08/11/2025 | Second Yellow Mule photo | YC_022430 | None | | | | | | |
| 549 | 08/12/2025 | Clubhouse Pond photo | YC_022334 | None | | | | | | |
| 550 | 08/12/2025 | Clubhouse Pond photo | YC_022336 | None | | | | | | |
| 551 | 08/11/2025 | Upper East Spring photo | YC_022392 | None | | | | | | |
| 552 | 08/12/2025 | Hole 6 & 12 Pond photo | YC_022413 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106 | | | | | | |
| 553 | n/a | Wildlife photo | YC_023117 | Hearsay/Rule 802 and 805 | | | | | | |
| 554 | n/a | Wildlife photo | YC_012530 | Hearsay/Rule 802 and 805 | | | | | | |
| 555 | n/a | Wildlife photo | YC_012531 | Hearsay/Rule 802 and 805 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| 556 | n/a | Wildlife video | YC_023110 | Hearsay/Rule 802 and 805 | | | | | | |
| 557 | n/a | Wildlife video | YC_023118 | Hearsay/Rule 802 and 805 | | | | | | |
| 558 | n/a | Wildlife video | YC_023119 | Hearsay/Rule 802 and 805 | | | | | | |
| 559 | n/a | Wildlife video | YC_023122 | Hearsay/Rule 802 and 805 | | | | | | |
| 560 | n/a | Wildlife photo | YC_012539 | Hearsay/Rule 802 and 805 | | | | | | |
| 561 | Last produced 12/11/25 | Irrigation volume spreadsheet | YC_023109 | Hearsay/FRE 802; Relevance/FRE 402; Prejudice/FRE 403; Incomplete/FRE 106 Prejudicial/unlawful/delayed disclosure | | | | | | |
| 562 | 07/2024-10/2024 | Bottle roll data | YC_012517 | None | | | | | | |
| 563 | 02/05/2024-12/10/2024 | 2024 water quality sampling data spreadsheet | YC_020315 | None | | | | | | |
| 564 | 2018-2024 | Spreadsheet of water quality data through August 2024 | YC_019418 | None | | | | | | |
| 565 | 09/20/2024 | Glibert isotope data | CELC_005129 | None | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|-------------------------|
| 566 | 08/15/2025 | Gallatin River Task Force story map | YC_022522-YC_022536 | Foundation/Rule 602; Hearsay/Rule 802 and 805; Undisclosed and Unretained Expert Opinion/FRCP 37 | | | | | | |
| 567 | 12/29/2025 | Cottonwood website screenshot | n/a | Prejudice FRE 403 | | | | | | |
| 568 | 09/14/2023 | Lab report | YC_006671-YC_006680 | None | | | | | | |
| 569 | 09/14/2023 | Lab report | YC_006955-YC_006966 | None | | | | | | |
| 570 | 09/20/2023 | Lab report | YC_000231-YC_000240 | None | | | | | | |
| 571 | 07/01/2024 | Lab report | YC_019471-YC_019508 | None | | | | | | |
| 572 | 09/06/2024 | Lab report | YC_019676-YC_019692 | None | | | | | | |
| 573 | 08/13/2025 | Lab report | YC_022872-YC_022881 | None | | | | | | |
| 574 | 08/21/2025 | Lab report | YC_022691-YC_022702 | None | | | | | | |
| 575 | 08/25/2025 | Lab report | YC_022782-YC_022791 | None | | | | | | |
| 576 | 08/20/2024 | East Golf Course Tributary photo | YC_015693 | None | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| 577 | 08/20/2024 | East Golf Course Tributary photo | YC_015691 | None | | | | | | |
| 578 | 03/09/1990 | USGS geologic map | YC_017032 | Best Evidence/FRE 1002; Unreadable/FRE 403; No objection to native file produced during discovery | | | | | | |
| 579 | 12/21/2018 (Revised) | Circular DEQ-2 | YC_020474-YC_020699 | None | | | | | | |
| 580 | 09/06/2024 | Lab report | YC_019694-YC_019712 | | | | | | | |
| 581 | 08/20/2024 | South Fork photo near bridge | YC_015397 | None | | | | | | |
| 582 | 08/20/2024 | South Fork photo near bridge | YC_015803 | None | | | | | | |
| 583 | 08/20/2024 | South Fork video near bridge | CELC_000756 | None | | | | | | |
| 584 | 08/14/2025 | Photo near Second Yellow Mule confluence | n/a | None | | | | | | |
| 585 | 08/14/2025 | Photo near Second Yellow Mule confluence | n/a | None | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| 586 | 08/14/2025 | Video near Second Yellow Mule confluence | n/a | None | | | | | | |
| 587 | Various | Compiled E. coli sampling data | YC_002914-YC_002917; YC_002952-YC_002964; YC_003057-YC_003068; YC_003100-YC_003111; YC_003850-YC_003862; YC_006555-YC_006567; YC_006568-YC_006581; YC_006582-YC_006595; YC_006596-YC_006609; YC_006610-YC_006623; YC_012226-YC_012233; YC_012267-YC_012275; YC_012285-YC_012292; YC_012293-YC_012304; YC_012352-YC_012362; | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | YC_012373-YC_012385; YC_021620-YC_021633; YC_021722-YC_021730 | | | | | | | |
| 588 | n/a | Rule 1006 summary of golf course irrigation | Summary of: YC_001884-YC_001965; YC_001966-YC_002047; YC_002048-YC_002130; YC_010820-YC_010905; YC_000477-YC_000562; YC_000798-YC_000883; YC_014722-YC_014809; YC_023126-YC_023214 | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |
| 589 | n/a | Rule 1006 summary of Crushmore irrigation | Summary of: YC_001884-YC_001965; YC_001966-YC_002047; YC_002048-YC_002130; YC_010820-YC_010905; | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|-------------------------|
| | | | YC_000477-YC_000562; YC_000798-YC_000883; YC_014722-YC_014809; YC_023126-YC_023214; YC_000128-YC_000141 | | | | | | | |
| 590 | n/a | Rule 1006 summary of East Tributary data | Summary of: YC_006671-YC_006680; YC_006955-YC_006966; YC_000231-YC_000240; YC_022872-YC_022881; YC_022691-YC_022702; YC_022782-YC_022791 | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |
| 591 | 12/16/2024 | Ozark Underground Laboratory dye test results | n/a | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|--------------------------|
| 592 | 08/11/2025 | Video of stream (demonstrative) | n/a | Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |
| 593 | 08/11/2025 | Video of stream (demonstrative) | n/a | Prejudice/Rule 403 Best Evidence/FRE 1002; | | | | | | |
| 594 | 08/11/2025 | Video of stream (demonstrative) | n/a | Prejudice/Rule 403 Best Evidence/FRE 1002; | | | | | | |
| 595 | n/a | E. coli sampling data summaries (demonstrative) | n/a | Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |
| 596 | 08/15/2025 | Annotated drone video of Crushmore (demonstrative) | n/a | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; | | | | | | |
| 597 | 08/15/2025 | Drone video of golf course (demonstrative) | n/a | Prejudice/FRE 403 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|-------------------------|
| | | | | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |
| 598 | 08/15/2025 | Drone video of Hole 6 & 12 Ponds (demonstrative) | n/a | Hearsay/Rule 802; Prejudice/Rule 403 Best Evidence/FRE 1002; Incomplete/FRE 106 | | | | | | |
| 599 | 08/15/2025 | Annotated drone video of Hole 6 & 12 Ponds (demonstrative) | n/a | Hearsay/Rule 802; Prejudice/Rule 403 | | | | | | |
| 600 | n/a | Big Sky, Montana Map (demonstrative) | n/a | None | | | | | | |
| 601 | n/a | Golf Course and Crushmore Reforestation Area (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|-----------|-----------------|--------------|---------------|---------------|-------------------------|
| 602 | n/a | Crushmore Reforestation Area (demonstrative) | n/a | None | | | | | | |
| 603 | n/a | Crushmore Reforestation Area Sprinkler (demonstrative) | n/a | Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 604 | n/a | Hole 6 and 12 Freshwater Ponds (demonstrative) | n/a | Relevance | | | | | | |
| 605 | n/a | Shale Sampling Overview (demonstrative) | n/a | Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 606 | n/a | Nitrate Levels as Water Flows through the Golf Course (demonstrative) | n/a | Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 607 | n/a | Current and Former Septic Systems (demonstrative) | n/a | Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 608 | n/a | Nitrogen Isotope Ranges (demonstrative) | n/a | None | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|------|-------------|---------|-----------|---------------------|-----------------|--------------|---------------|---------------|--------------------------|
| 609 | n/a | Natural Isotopic Enrichment in Freshwater Ponds (demonstrative) | n/a | Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 610 | n/a | What is E. coli? (demonstrative) | n/a | None | | | | | | |
| 611 | n/a | E. coli in an Alpine System (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 612 | n/a | Water Movement Through YC's Irrigation System (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 613 | n/a | Surface Water Quality Map (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 614 | n/a | YC's Water Reuse vs. Direct Discharge (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 615 | n/a | Road Salt Near the Golf Course and Crushmore (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 616 | n/a | DEQ Approved Irrigation Area (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 617 | n/a | Nitrogen Levels in Freshwater Ponds (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 618 | n/a | E. Coli Comparison Charts (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| 619 | n/a | Reclaimed Water Reuse in Big Sky (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 620 | n/a | Conventional Wastewater Management (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 Inaccurate demonstrative /FRE 107; Prejudice/FRE 403 | | | | | | |
| 621 | n/a | Billings Wastewater Discharge (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |

| # | Date | Description | Doc. ID | Objection | Stipulate to Admis. | Admitted at PTC | Date offered | Date reserved | Date admitted | Date refused/ withdrawn |
|---|---|---|---|---|---|---|---|---|---|---|
| 622 | n/a | Bozeman Wastewater Discharge (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 623 | n/a | Reclaimed Water Reuse (demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |
| 624 | n/a | Bottle of water from Reclaimed Water Storage Pond (physical demonstrative) | n/a | Not a demonstrative / FRE 107; Hearsay/FRE 802; FRCP 32 | | | | | | |