UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE MOUNTAIN CLUB, LLC,<br><br>Defendant. | Case No. CV-23-26-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is entered in accordance with the Verdict rendered on February 4, 2026, Document No. 174.

Dated this 5th day of February, 2026

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Deputy Clerk